AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**
▶ ERNST WILHELM KOHSE

DISTRICT COURT NUMBER
CR 08-0111 DLJ

**DEFENDANT**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
ALCOHOL, TOBACCO AND FIREARM

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DANIEL KALEBA, AUSA

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction   ☐ Federal   ☒ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Santa Rita Jail

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

**CR08-0111 DLJ**

ERNST WILHELM KOHSE,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm and Ammunition

---

A true bill.

_____ Foreman

Filed in open court this __27__ day of February 2008.

_____ Clerk

Bail $ No bail, arrest warrant.

Wayne D. Brazil  2/27/08

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR08-0111 DLJ |
| Plaintiff, | VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition |
| v. | |
| ERNST WILHELM KOHSE | |
| Defendant. | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

On or about January 6, 2008, in the Northern District of California, the defendant,

ERNEST WILHELM KOHSE

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, the following firearm and ammunition: (1) a Rossi .357 caliber Magnum revolver, serial number ZA366881; and (2) one round of "PMC 357 MAG" .357 caliber ammunition; twenty three rounds of "Winchester 45 Auto" .45 caliber ammunition; and one round each of "Winchester 38 Spl,"

INDICTMENT

1  "Zero 38 Spl," and "Federal 38 Spl" .38 caliber ammunition, all in violation of Title 18, United
2  States Code, Section 922(g)(1).
3
4  DATED: February 27, 2008                          A TRUE BILL.
5
6                                                    _____
                                                     FOREPERSON
7  JOSEPH P. RUSSONIELLO
   United States Attorney
8
9
10 W. DOUGLAS SPRAGUE
   Chief, Oakland Branch
11
12
13 (Approved as to form: _____)
                         AUSA DANIEL R. KALEBA
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT