1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
       1301 Clay Street Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3699
7      FAX: (510) 637-3724
       E-mail: daniel.kaleba@usdoj.gov
8
   Attorneys for Plaintiff
9
10
                          UNITED STATES DISTRICT COURT
11
                        NORTHERN DISTRICT OF CALIFORNIA
12
                                  OAKLAND DIVISION
13
   UNITED STATES OF AMERICA,        )    NO. CR 08-0111 DLJ
14                                   )
           Plaintiff,                )
15                                   )
       v.                            )    PETITION FOR AND WRIT OF
16                                   )    HABEAS CORPUS AD
   ERNST WILHELM KOHSE,              )    PROSEQUENDUM
17                                   )
           Defendant.                )
18                                   )

19
20    TO:   The Honorable Joseph D. Spero, United States Magistrate
            Judge of the United States District Court of Northern
21          California:

22

23       The petition of Daniel Kaleba, Assistant United States Attorney for the Northern

24  District of California, respectfully requests that this Court issue a Writ of Habeas Corpus

25  Ad Prosequendum for the person of prisoner, ERNST WILHELM KOHSE, whose place

26  of custody and jailor are set forth in the Writ, attached hereto, and

27  ////

28  ////

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0111 DLJ

1  your petitioner avers that the prisoner is required in the above-entitled matter in this
2  Court, and therefore petitioner prays that this Court issue the Writ as presented.
3
4  DATED: March 3, 2008                Respectfully submitted,
5                                      JOSEPH P. RUSSONIELLO
                                       United States Attorney
6
7                                      _____/s/_____
                                       DANIEL KALEBA
8                                      Assistant United States Attorney
9
10
11  SO ORDERED:
12  DATED: March __6__, 2008            _____
                                        HONORABLE JOSEPH C. SPERO
13                                      United States Magistrate Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0111 DLJ

|   |   |
|---|---|
| 1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2 | TO: FEDERICO ROCHA, United States Marshal, Northern District of California |
| 3 | and/or any of his authorized deputies; and the Warden of Santa Rita Jail, Dublin, California: |

**GREETINGS**

WE COMMAND that you have and produce the body of **ERNST WILHELM KOHSE,** date of birth 03/27/1977, now in custody in the herein-above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the United States Magistrate Judge, Wayne D. Brazil, on **March 21, 2008, at 10:00 a.m.**, for initial appearance in the above entitled Court, and that immediately after said hearing to return him forthwith to said herein-above-mentioned institution, or to abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

　　　IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

　　　WITNESS the Honorable Joseph C. Spero, Magistrate Judge of the United States District Court for the Northern District of California.

DATED: March __6__, 2008　　　CLERK, UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

　　　　　　　　　　　　　　　By: _*Karen L. How*_____
　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0111 DLJ