1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney

5
      1301 Clay Street Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     FAX: (510) 637-3724
      E-mail: daniel.kaleba@usdoj.gov

8
   Attorneys for Plaintiff

9

10
                 UNITED STATES DISTRICT COURT
11
               NORTHERN DISTRICT OF CALIFORNIA
12
                      OAKLAND DIVISION
13
   UNITED STATES OF AMERICA,      )      NO. CR 08-0111 DLJ
14                                 )
          Plaintiff,               )
15                                 )
       v.                          )      PETITION FOR AND WRIT OF
16                                 )      HABEAS CORPUS AD
   ERNST WILHELM KOHSE,            )      PROSEQUENDUM
17                                 )
          Defendant.               )
18  _____)

19

20     TO:     The Honorable Joseph D. Spero, United States Magistrate
               Judge of the United States District Court of Northern
21             California:

22

23     The petition of Daniel Kaleba, Assistant United States Attorney for the Northern

24  District of California, respectfully requests that this Court issue a Writ of Habeas Corpus

25  Ad Prosequendum for the person of prisoner, ERNST WILHELM KOHSE, whose place

26  of custody and jailor are set forth in the Writ, attached hereto, and

27  ////

28  ////

   PETITION FOR & WRIT OF HABEAS CORPUS
   CR-08-0111 DLJ

1    your petitioner avers that the prisoner is required in the above-entitled matter in this

2    Court, and therefore petitioner prays that this Court issue the Writ as presented.

3

4    DATED: March 24, 2008                 Respectfully submitted,

5                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
6

7                                          _____/s/_____
                                           DANIEL KALEBA
8                                          Assistant United States Attorney

9

10

11   SO ORDERED:

12   DATED: March ____, 2008               _____
                                           HONORABLE JOSEPH C. SPERO
13                                         United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0111 DLJ

1    **THE PRESIDENT OF THE UNITED STATES OF AMERICA**

2    TO:    FEDERICO ROCHA, United States Marshal, Northern District of California
       and/or any of his authorized deputies; and the Warden of Santa Rita Jail, Dublin,
3      California:

4    **GREETINGS**

5    WE COMMAND that you have and produce the body of **ERNST WILHELM**

6    **KOHSE,** date of birth 03/27/1977, now in custody in the herein-above-mentioned

7    institution, before the United States District Court in and for the Northern District of

8    California, in the Courtroom of the United States District Judge, D. Lowell Jensen, on

9    **April 4, 2008, at 9:00 a.m.**, for initial appearance in the above entitled Court, and that

10   immediately after said hearing to return him forthwith to said herein-above-mentioned

11   institution, or to abide by such order of the above-entitled Court as shall thereafter be

12   made concerning the custody of said prisoner, and further to produce said prisoner at all

13   times necessary until the termination of the proceedings in this Court;

14   IT IS FURTHER ORDERED that should the local or state custodian release from

15   its custody the above-named person, he be immediately delivered and remanded to the

16   United States Marshal and/or his authorized deputies under this Writ.

17   WITNESS the Honorable Joseph C. Spero, Magistrate Judge of the United States

18   District Court for the Northern District of California.

19   DATED: March _____, 2008        CLERK, UNITED STATES DISTRICT COURT
20                                     NORTHERN DISTRICT OF CALIFORNIA

21

22   By:_____
                DEPUTY CLERK

23

24

25

26

27

28

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0111 DLJ