1 | JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

5

6 | 1301 Clay Street Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680

7 | FAX: (510) 637-3724
E-mail: daniel.kaleba@usdoj.gov

8

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | NO. CR 08-0111 DLJ |
| Plaintiff,    ) | |
| v.    ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| ERNST WILHELM KOHSE,    ) | |
| Defendant.    ) | |

TO:   The Honorable Joseph D. Spero, United States Magistrate Judge of the United States District Court of Northern California:

The petition of Daniel Kaleba, Assistant United States Attorney for the Northern District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, ERNST WILHELM KOHSE, whose place of custody and jailor are set forth in the Writ, attached hereto, and

////

////

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0111 DLJ

1  your petitioner avers that the prisoner is required in the above-entitled matter in this
2  Court, and therefore petitioner prays that this Court issue the Writ as presented.
3
4  DATED: March 24, 2008                    Respectfully submitted,
5                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
6
7                                            _____/s/_____
                                             DANIEL KALEBA
8                                            Assistant United States Attorney
9
10
11 SO ORDERED:
12 DATED: March __25__, 2008
13                                            _____
                                              HONORABLE _____ SPERO
                                              United States Magistrate Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0111 DLJ

1  **THE PRESIDENT OF THE UNITED STATES OF AMERICA**

2  TO: FEDERICO ROCHA, United States Marshal, Northern District of California
3  and/or any of his authorized deputies; and the Warden of Santa Rita Jail, Dublin, California:

4  **GREETINGS**

5  WE COMMAND that you have and produce the body of **ERNST WILHELM**
6  **KOHSE,** date of birth 03/27/1977, now in custody in the herein-above-mentioned
7  institution, before the United States District Court in and for the Northern District of
8  California, in the Courtroom of the United States District Judge, D. Lowell Jensen, on
9  **April 4, 2008, at 9:00 a.m.**, for initial appearance in the above entitled Court, and that
10  immediately after said hearing to return him forthwith to said herein-above-mentioned
11  institution, or to abide by such order of the above-entitled Court as shall thereafter be
12  made concerning the custody of said prisoner, and further to produce said prisoner at all
13  times necessary until the termination of the proceedings in this Court;

14  IT IS FURTHER ORDERED that should the local or state custodian release from
15  its custody the above-named person, he be immediately delivered and remanded to the
16  United States Marshal and/or his authorized deputies under this Writ.

17  WITNESS the Honorable Joseph C. Spero, Magistrate Judge of the United States
18  District Court for the Northern District of California.

19  DATED: March __25__, 2008      CLERK, UNITED STATES DISTRICT COURT
20                                  NORTHERN DISTRICT OF CALIFORNIA

21                                  By:____*Karen L. How*_____
22                                         DEPUTY CLERK

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0111 DLJ