UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:   4/4/08

**Clerk:** Frances Stone
**Court Reporter:** Not held- Not Reported.

**Plaintiff:**  United States

**v.**                                                                    **No.** CR-08-00111-DLJ

**Defendant:** Ernst Wilhelm Kohse [in custody]

**Appearances for AUSA:** Dan Kaleba

**Appearances for Defendant:** Jerome Matthews for Shawn Halbert

**Interpreter:**

**Probation Officer:**

| Reason for Hearing: | Ruling: |
|---|---|
| SETTING/STAT | -NOT HELD PER COURT'S CALENDAR |

**Notes:**  Clerk spoke to attorneys and next date in this case is 4/11/08 at 9:00AM for Setting/Status.

**Case Continued to**                for

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                        for Pretrial Conference

**Case Continued to**        for            Trial

**Excludable Delay: Category: Begins:**        Ends: