UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>　　　　　Plaintiff(s),<br><br>　　　　-V-<br><br><br>Ernst Wilhelm Kohse<br>　　　　　Defendant(s), | CASE NO. CR-08-00111-DLJ<br><br>NOTICE |

TO:

　　Daniel Kaleba
　　US Attorneys Office
　　1301 Clay Street, Ste. 340S
　　Oakland, CA 94612

　　Shawn Halbert
　　Federal Public Defender's Office
　　555-12th Street, Ste. 650
　　Oakland, CA 94607

YOU ARE HEREBY NOTIFIED THAT the Setting/Status in the above entitled case will be held on Friday, April 11, 2008 at 9:00AM before Judge Jensen in Dept. 1, 4th Floor at 1301 Clay Street, Oakland, California.

Dated:  April 4, 2008

　　　　　　By: *Frances Stone*
　　　　　　　　Frances Stone
　　　　　　　　Clerk to D. Lowell Jensen