JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   1301 Clay Street Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   E-mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>ERNST WILHELM KOHSE,<br><br>     Defendant. | NO. CR 08-0111 DLJ<br><br>PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:     The Honorable Joseph D. Spero, United States Magistrate
           Judge of the United States District Court of Northern
           California:

    The petition of Daniel Kaleba, Assistant United States Attorney for the Northern

District of California, respectfully requests that this Court issue a Writ of Habeas Corpus

Ad Prosequendum for the person of prisoner, ERNST WILHELM KOHSE, whose place

of custody and jailor are set forth in the Writ, attached hereto, and

////

////

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0111 DLJ

1    your petitioner avers that the prisoner is required in the above-entitled matter in this

2    Court, and therefore petitioner prays that this Court issue the Writ as presented.

3

4    DATED: April 7, 2008                    Respectfully submitted,

5                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney

6

7                                           _____/s/_____

8                                           DANIEL KALEBA
                                            Assistant United States Attorney

9

10

11   SO ORDERED:

12   DATED: April _____, 2008

13                                          _____
                                            HONORABLE JAMES A. LARSON
                                            United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0111 DLJ

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  FEDERICO ROCHA, United States Marshal, Northern District of California and/or any of his authorized deputies; and the Warden of Santa Rita Jail, Dublin, California:

## GREETINGS

WE COMMAND that you have and produce the body of **ERNST WILHELM KOHSE,** date of birth 03/27/1977, now in custody in the herein-above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the United States District Judge, D. Lowell Jensen, on **April 11, 2008, at 9:00 a.m.**, for initial appearance in the above entitled Court, and that immediately after said hearing to return him forthwith to said herein-above-mentioned institution, or to abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Honorable Joseph C. Spero, Magistrate Judge of the United States District Court for the Northern District of California.

DATED: April _____, 2008          CLERK, UNITED STATES DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA


                                     By:_____
                                                  DEPUTY CLERK

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0111 DLJ