UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  4/11/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                    **No.** CR-08-00111-DLJ

**Defendant:**  Ernst Wilhelm Kohse [present; in custody]

**Appearances for AUSA:** Daniel Kaleba

**Appearances for Defendant:** Shawn Halbert

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**

SETTING/STAT                      -HELD

**Notes:**

**Case Continued to**     4/18/08 AT 9:00AM     for  CHANGE OF PLEA

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**    **Opposition Due:**

**Case Continued to**                for Pretrial Conference

**Case Continued to**        for           Trial

**Excludable Delay: Category: Begins:**  4/11/08     **Ends:** 4/18/08