UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  4/18/08

**Clerk:** Frances Stone
**Court Reporter:** Raynee Mercado

**Plaintiff:**  United States

**v.**                                                                                               **No.** CR-08-00111-DLJ

**Defendant:** Ernst Wilhelm Kohse [present; in custody]

**Appearances for AUSA:** Daniel Kaleba

**Appearances for Defendant:** Shawn Halbert

**Interpreter:** <u>not needed</u>

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
STATUS                                            -HELD
**Change of Plea- Not Held**

**Notes:**

**Case Continued to**     5/16/08 at 9:00AM     for  CHANGE OF PLEA

**Case Continued to:**            for
**Case Continued to:**            for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                                   for Pretrial Conference

**Case Continued to**            for            Trial

**Excludable Delay: Category: Begins:**      4/18/08       **Ends:**  5/16/08