JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   1301 Clay Street Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   E-mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | NO. CR 08-0111 DLJ |
|      Plaintiff,         ) | |
|                ) | |
|   v.              ) | PETITION FOR AND WRIT OF |
|                ) | HABEAS CORPUS AD |
| JOSEPH HERRERA,      ) | PROSEQUENDUM |
|                ) | |
|      Defendant.     ) | |

TO:     The Honorable Joseph D. Spero, United States Magistrate
         Judge of the United States District Court of Northern
         California:

    The petition of Daniel Kaleba, Assistant United States Attorney for the Northern

District of California, respectfully requests that this Court issue a Writ of Habeas Corpus

Ad Prosequendum for the person of prisoner, ERNST WILHELM KOHSE, whose place

of custody and jailor are set forth in the Writ, attached hereto, and

////

////

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0111 DLJ

1    your petitioner avers that the prisoner is required in the above-entitled matter in this

2    Court, and therefore petitioner prays that this Court issue the Writ as presented.

3

4    DATED: March 24, 2008                    Respectfully submitted,

5                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney
6

7                                            _____/s/_____
                                             DANIEL KALEBA
8                                            Assistant United States Attorney

9

10

11   SO ORDERED:

12   DATED: March _____, 2008
                                             _____
13                                           HONORABLE JOSEPH C. SPERO
                                             United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0111 DLJ

1

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

2
3

TO:    FEDERICO ROCHA, United States Marshal, Northern District of California and/or any of his authorized deputies; and the Warden of Santa Rita Jail, Dublin, California:

4

**GREETINGS**

5     WE COMMAND that you have and produce the body of **ERNST WILHELM**

6  **KOHSE,** date of birth 03/27/1977, now in custody in the herein-above-mentioned

7  institution, before the United States District Court in and for the Northern District of

8  California, in the Courtroom of the United States District Judge, D. Lowell Jensen, on

9  **April 4, 2008, at 9:00 a.m.,** for initial appearance in the above entitled Court, and that

10  immediately after said hearing to return him forthwith to said herein-above-mentioned

11  institution, or to abide by such order of the above-entitled Court as shall thereafter be

12  made concerning the custody of said prisoner, and further to produce said prisoner at all

13  times necessary until the termination of the proceedings in this Court;

14     IT IS FURTHER ORDERED that should the local or state custodian release from

15  its custody the above-named person, he be immediately delivered and remanded to the

16  United States Marshal and/or his authorized deputies under this Writ.

17     WITNESS the Honorable Joseph C. Spero, Magistrate Judge of the United States

18  District Court for the Northern District of California.

19
20  DATED: March _____, 2008        CLERK, UNITED STATES DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA

21
22                                 By:_____
                                            DEPUTY CLERK

23

24

25

26

27

28

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0111 DLJ