1   BARRY J. PORTMAN
    Federal Public Defender
2   NED SMOCK
    Assistant Federal Public Defender
3   19th Floor Federal Building-Box 36106
    450 Golden Gate Ave.
4   San Francisco, CA 94102
    Telephone: (415) 436-7700
5
    Counsel for Defendant KOHSE
6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )    No. CR-08-0111 DLJ
                                     )
11              Plaintiff,           )
                                     )
12  vs.                             )    NOTICE OF SUBSTITUTION OF
                                     )    ATTORNEY
13  ERNST WILHELM KOHSE,             )
                                     )
14              Defendant.           )
    _____)

15

16         The Federal Public Defender was previously appointed as counsel for defendant in the

    above captioned case pending before the Court.  Pursuant to Criminal Local Rule 44-2 (a),
17
    undersigned counsel, Assistant Federal Public Defender Ned Smock, enters his general
18
    appearance for defendant in place of Assistant Federal Public Defender Shawn Halbert.
19
    Counsel's contact information is listed above.
20

21  Dated: May 14, 2008
                                    Respectfully submitted,
22
                                    BARRY J. PORTMAN
23                                  Federal Public Defender

24                                         /S/

25                                  NED SMOCK
                                    Assistant Federal Public Defender
26

Notice of Substitution of Attorney            1