9AM
Y/C
E-FILING CASE

10:02 – 10 AM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
MAY 1 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 5/16/08

Case No: CR-08-00111-DLJ
Judge: D. Lowell Jensen
Reporter: RAYNEE MERCADO
Clerk: Frances Stone

Defendant(s):
ERNST WILHELM KOHSE   Present? Y   In Custody? Y   Defense Counsel: NED SMOCK

US Attorney: DANIEL KALEBA
Interpreter:
US Probation Officer:

Reason for Hearing: CHANGE OF PLEA

Ruling: – HELD
GUILTY PLEA TO COUNT ONE OF THE INDICTMENT
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS
ACCEPTED AND ENTERED.

Notes:

Case continued to: 8/8/08 AT 10AM for SENTENCING

CC: PROBATION