UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



**FILED**
MAY 1 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number      CR-08-00111-01-DLJ
Defendant's Name   ERNST WILHELM KOHSE
Defendant's Counsel  ~~Shawn Halbert~~ /NED Smock
Due Date           8/8/08 AT 10Am
                   1 Courtroom          Floor 4th

~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~

**The Court has directed that a:**

    XX     Presentence Investigation
         Bail Investigation
         Bail Supervision
         Postsentence Investigation
         4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

✓ cc to Counsel
✓ cc to Probation

RICHARD W. WIEKING, CLERK

by: _Frances Stone_
Frances Stone, Deputy Clerk

Dated: 5/16/08

**US PROBATION OFFICE**~~~~~~
Is defendant in custody?   Yes or No
Is defendant English speaking? Yes or No [Interpreter:_____]
Defendant's address: _____
_____
_____
_____