```
 1  JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CASBN 163973)
 3  Chief, Criminal Division

 4  CHRISTINE Y. WONG (NYSBN 3988607)
    Assistant United States Attorney
 5
       1301 Clay Street; Suite 340-S
 6     Oakland, California 94612
       Phone: 510/637-3717
 7     Fax: 510/637-3724
       E-mail:christine.wong@usdoj.gov
 8
 9  Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-0111 DLJ |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF SUBSTITUTION OF ATTORNEY |
| ERNST KOHSE | ) |
| Defendant. | ) |

Please take notice that as of June 20, 2008, the Assistant United States Attorney whose name, address, telephone number and e-mail address listed below is assigned to be counsel for the government.

CHRISTINE Y. WONG<br>
Assistant United States Attorney<br>
1301 Clay Street; Suite 340S<br>
Oakland, California 94612<br>
Phone: 510/637-3717<br>
Fax: 510/637-3724<br>
E-mail: christine.wong@usdoj.gov

The Clerk is requested to change the docket sheet and other court records so as to reflect that all orders and communications from the court will in the future be directed to

////

SUBSTITUTION OF ATTORNEY

1  AUSA Christine Wong at the above mailing address, telephone number, facsimile number
2  and e-mail address.
3
4
   DATED:  June 20, 2008                    Respectfully submitted,
5
                                            JOSEPH P. RUSSONIELLO
6                                           United States Attorney
7
8                                                    /s/
                                            ─────────────────────────
                                            CHRISTINE Y. WONG
9                                           Assistant United States Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUBSTITUTION OF ATTORNEY