JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3717
    Facsimile:   (510) 637-3724
    E-Mail:      Christine.Wong@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0111 DLJ |
|     Plaintiff, | GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | |
| ERNST KOHSE, | **Sentencing Date: August 8, 2008, 2:00 p.m., The Honorable D. Lowell Jensen** |
|     Defendant. | |

     Consistent with paragraph 8 of the parties' Rule 11(c)(1)(C) plea agreement, the United States recommends a sentence of a term of imprisonment of 30 months' imprisonment; three years of supervised release (with conditions to be fixed by the Court); no fine; and $100 special assessment.

1 | DATED: July 31, 2008
2 
3 
4 
5 
6 
7 
8 
9 
10 
11 
12 
13 
14 
15 
16 
17 
18 
19 
20 
21 
22 
23 
24 
25 
26 
27 
28 

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
CHRISTINE Y. WONG
Assistant United States Attorney