10AM
YC
E-FILING CASE

11:47AM - 11:54AM

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

Date: 8/8/08

Case No: CR-08-00111-DLJ

Judge: D. Lowell Jensen

Reporter: RAINEE MERCADO

Clerk: Frances Stone

FILED
AUG 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Defendant(s):

ERNST WILHELM KOHSE   Present? Y   In Custody? Y   Defense Counsel: NED SMOCK

US Attorney: JAMES MANN

Interpreter:

US Probation Officer: ANN SEARLES

Reason for Hearing: SENTENCING

Ruling: - HELD
COUNT 1 - DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 30 MONTHS. DEF PLACED ON SUPERVISED RELEASE 3 YEARS. THE SENTENCE IN THIS CASE IS TO RUN CONSECUTIVE TO ANY STATE OF CA SENTENCE. A $100 ASSESSMENT IS DUE IMMEDIATELY.

Notes:

Case continued to: _____ for _____
Case continued to: _____ for _____
Case continued to: _____ for _____ ; Opposition due _____
  Motions to be filed by _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for _____ Trial
Excludable Delay  Category: _____  Begins: _____  Ends: _____